UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Tershaud Savoryea Rose
Plaintiff(s)

v.

Centra Health, Inc., et al.
Defendant(s)

Civil Action No.: 6:17-cv-12

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY.  DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES.  COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Centra Health, Inc. (Name of party you represent) who is Defendant (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

2. Does the party have any parent corporations?
   ☐ Yes   ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

/s/Justin E. Simmons
(Signature)

April 4, 2017
(Date)

Case 6:17-cv-00012-NKM-RSB   Document 13   Filed 04/04/17   Page 1 of 1   Pageid#: 163