IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

TERSHAUD SAVORYEA ROSE,

    Plaintiff;

v.

CENTRA HEALTH, INC., *et al.*,

    Defendants.

Case No. 6:17-cv-12

## ORDER

In consideration of the Joint Motion to Amend the Pretrial Order, ECF No. 21, filed by Defendants Centra Health, Inc., City of Lynchburg, Rudolph Tidwell, Christopher Woody, Deryle Cooper, Jonathan Bragg, Brandon Clark, and Robbin Miller and Plaintiff Tershaud Savoryea Rose (collectively, the "Parties") and for good cause shown, the Court **GRANTS** the Joint Motion to Amend the Pretrial Order, ECF No. 21, **AMENDING** the Pretrial Order, ECF No. 16, and **ORDERS** as follows:

(1) The deadline to contact Fay Coleman, scheduling clerk, to set a trial date is 30 days from the entry of the Pretrial Order;

(2) The deadline to conduct a Fed. R. Civ. P. 26(f) conference is 30 days from the entry of the Pretrial Order;

(3) The deadline for initial disclosures under Fed. R. Civ. P. 26(a) is 45 days from the entry of the Pretrial Order;

(4) The deadline for Plaintiff to make initial expert disclosures is 90 days from the entry of the Pretrial Order;

(5) The deadline for Defendants to make initial expert disclosures is 105 days from the entry of the Pretrial Order;

(6) All other deadlines and requirements in the Pretrial Order remain in effect.

It is **SO ORDERED**.

Entered: April 25, 2017

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge