# **EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **TERSHAUD SAVORYEA ROSE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CASE NO. 6:17-cv-00012-NKM |
| | ) | |
| **CENTRA HEALTH, INC. *et al*,** | ) | |
| | ) | |
| *Defendants*. | ) | |

### SECOND SUPPLEMENTAL DISCLOSURES OF
### PLAINTIFF TERSHAUD SAVORYEA ROSE

Pursuant to Rule 26(e) of the **Federal Rules of Civil Procedure**, Plaintiff Tershaud Savoryea Rose, by and through the undersigned counsel, hereby submits the following Second Supplemental Disclosures to the parties:

1. *The name and, if known, the address and telephone number of each person likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.*

   A) Thomas C. Frazier: REDACTED Mr. Frazier is an expert witness who has reviewed the relevant documents and formed the opinion that the LPD and Centra officers acted unlawfully in pursuing, apprehending, detaining, arresting and prosecuting Tershaud Savoryea Rose.

   B) Melea Moore: REDACTED REDACTED. Ms. Moore is nurse employed by Centra and has information about Centra's custom of detaining patients without probable cause or other legal authority.

   C) Timothy Trent, REDACTED REDACTED Mr Trent is the Administrator of the Blue Ridge Regional Jail Authority and was previously identified in the Plaintiff's First Supplemental Disclosure. In addition to the previously disclosed information, Mr. Trent also has information about Rose's incarceration and the injuries Rose sustained.

These disclosures are made based on information reasonably available to Plaintiff at this time. Plaintiff reserves the right to amend or supplement these disclosures as additional information becomes known.

DATE: 05 / 31 / 2017

                                                     */s/ M. Paul Valois*
M. Paul Valois, Esquire (VSB #72326)
mvalois@vbclegal.com
Margaret C. Valois, Esquire (VSB #66034)
mv@vbclegal.com
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, Virginia 24502
Telephone: (434) 845-4529
Facsimile: (434) 845-8536

*Counsel for Plaintiff*