IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

---

| | |
|---|---|
| **TERSHAUD SAVORYEA ROSE,** : | |
| *Plaintiff* : | |
| v. : | **CASE NO.: 6:17-cv-12-NKM-RSB** |
| : | |
| **CENTRA HEALTH, INC.,** *et al,* : | |
| *Defendants*. : | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CENTRA HEALTH, INC.'S MOTION TO STAY DISCOVERY PENDING A RULING ON THE DEFENDANTS' FED. R. CIV. P. (12)(b)(6) MOTIONS OR THE FILING OF AN AMENDED COMPLAINT**

COMES NOW Plaintiff, by counsel, in opposition to Defendant Centra Health, Inc.'s Motion to Stay Discovery Pending a Ruling on the Defendants' Fed. R. Civ. P. 12(b)(6) Motions or the Filing of an Amended Complaint (ECF No. 71) to-wit:

## BACKGROUND

The Court has now ruled[1] on the three pending motions to dismiss and so the Court is now is a position to overrule Centra's motion to stay discovery.

## ARGUMENT

Plaintiff's Section 1983 claim of excessive force remains in force with regard to defendants Bragg, Clark and Tidwell, as do his state law claims of assault, battery, false imprisonment, malicious prosecution and common law conspiracy. Furthermore, the Court noted that "… if additional details are unearthed during discovery, Plaintiff retains the ability to motion the Court for leave to amend." ECF 74, p. 27 Thus, there are currently no grounds to stay discovery.

---

1 <u>Memorandum Opinion</u> (ECF 74) and related <u>Order</u> (ECF 75)

Dated: August 7, 2017                                  Respectfully submitted,

                                                       TERSHAUD SAVORYEA ROSE

                                                       By:____/s/ M. Paul Valois_____
                                                              Of counsel

M. Paul Valois (VSB No. 72326)
Margaret C. Valois (VSB No. 66034)
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
Telephone: (434) 845-4529
Facsimile: (434) 845-8536
mvalois@vbclegal.com
mv@vbclegal.com
*Counsel for Plaintiff Tershaud Savoryea Rose*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 7th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

| | |
|---|---|
| Elizabeth Guilbert Perrow<br>F. Elizabeth Burgin Waller<br>Justin E. Simmons<br>J. Walton Milam, III<br>WOODS ROGERS PLC<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011<br><br>*Counsel for Defendant Centra Health. Inc.* | Cynthia L. Santoni<br>Eric P. Burns<br>WILSON, ELSER, MOSKOWITZ,<br> EDELMAN & DICKER LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102<br><br>*Counsel for Defendants Rudolph Tidwell,*<br> *Christopher Woody, and Deryle Cooper* |

Jim H. Guynn, Jr.
Susan Waddell
GUYNN & WADDELL, PC
415 S. College Avenue
Salem, VA 24153

*Counsel for City of Lynchburg and*
 *LPD Officers Clark, Bragg & Miller*

            _/s/ M. Paul Valois_
             M. Paul Valois